ry's appeal without the full payment of his filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

Mr. Perry's appeal is dismissed for failure to pay the proper filing fee.

**Harry J. JOHNSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2013–7091.

United States Court of Appeals, Federal Circuit.

March 13, 2014.

Zachary M. Stolz, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI, argued for claimant-appellant. With him on the brief was Thomas R. Bender. Of counsel on the brief was Christopher J. Clay, Disabled American Veterans, of Cold Spring, KY, Of counsel was Robert V. Chisholm, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, RI.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Christina L. Gregg, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Lara Eilhardt, Attorney.

RADER, Chief Judge, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**In re Christopher John RUDY.**

No. 2013–1673.

United States Court of Appeals, Federal Circuit.

March 13, 2014.

Christopher John Rudy, of Port Huron, MI, argued pro se.

Coke Morgan Stewart, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Solici-

**1012**

tor, Thomas W. Krause, Special Counsel for IP Litigation, and Amy J. Nelson, Associate Solicitor.

RADER, Chief Judge, LINN, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Dusti KELLY–FLEMING, John Fleming, and Teclarc, Inc., Plaintiffs–Appellants,**

v.

**The CITY OF SELMA, TEXAS, Defendant–Appellee.**

No. 2014–1231.

United States Court of Appeals, Federal Circuit.

March 13, 2014.

Dusti Kelly–Fleming, San Antonio, TX, pro se.

John Fleming, San Antonio, TX, pro se.

Charles Straith Frigerio, San Antonio, TX, for Defendant–Appellee.

### ORDER

PER CURIAM.

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Fifth Circuit.

This is an appeal of an action asserting violation of the plaintiffs' rights under Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295. Rather, it appears the proper forum would be the United States Court of Appeals for the Fifth Circuit.

Accordingly, IT IS ORDERED THAT:

(1) The parties are directed to respond within 21 days of the date of filing of this order, as to why this appeal should not be transferred to the United States Court of Appeals for the Fifth Circuit.

(2) The briefing schedule is stayed.

**BOSE CORPORATION, Plaintiff–Appellant,**

v.

**SDI TECHNOLOGIES, INC., Defendant–Appellee,**

and

**Imation Corporation, Memorex Products, Inc., and D.P.I., Inc., Defendants–Appellees,**

and

**3XM Consulting, LLC, Defendant.**

No. 2013–1347.

United States Court of Appeals, Federal Circuit.

March 14, 2014.

Rehearing and Rehearing En Banc